# ..manscale

Human...

## Work Order Form

| | | | |
|---|---|---|---|
| Compan: US Court of Federal Claims | | Today's Date | 6/18/07 |
| Contact Nam: Kelley Morgan | | Sales Rep | CEL |
| Addres: 717 Madison Place, NW | Flr/Ste | Sales Order # | DC60931 |
| City Wshington | State DC Zip 20005 | PO # | |
| Phone 202 357 6441 | Please select type of work from the drop down menu → | | Warranty Work |
| | Travel Miles to Install from Local Offic | | |

### Other Information / Additional Details

| | |
|---|---|
| Is product on sit / If yes, provide specific locatio | No |
| Is parking availabl | No |
| Is security check in requir | Yes |

*Tell us about the work we will be completing for you. (select from the drop down menu in the Description area)*

| Qty | Description | Standard Price | Total |
|---|---|---|---|
| 1 | arm rest repair, arms fall down on an F111 | $0.00 | $0.00 |
| | | $0.00 | $0.00 |
| | | $0.00 | $0.00 |
| | | $0.00 | $0.00 |
| | | $0.00 | $0.00 |
| | | $0.00 | $0.00 |
| | | $0.00 | $0.00 |
| | *Please distance range from the drop down r* → | | $0.00 |
| | | Total | $0.00 |

### Additional Charges (Installer Use Only)

| | Additional Hrs. | Total To Bill |
|---|---|---|
| Additional Installation(s) Not Scheduled ($45.00 p/hr - 1hr minimum) | | |
| Customer was not available for scheduled installataion ($45.00 p/hr - 1hr minimum) | | |
| Installer wait time exceeded 30 minutes ($45.00 p/hr - 1hr minimum) | | |
| | Total | |

### Chair Maintenance/Evaluation Project ONLY

| Qty of Chairs | Serial Number | Repair/No Repair | Time Spent | Other Notes |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |

### Notes/Additional Work Completed

Chairs under warranty. Please use stock that is here as this is a really angry customer who I have had problems with in the past.

That is, I can't wait for repair parts to be delivered. I have ordered more for jay and jamel's stock

Nb: oil on cushions - need to be replaced and spring needs to be replace.

bring new arms for F111

KKM 6/25/07

Please Expedite.

Customer Signature Kelley Morgan

*By signing this form I agree to all completed work and additional services charged on this form.*

Print Customer Name [signature] 6/25/07

**M7 Liability Waiver**

I authorize Humanscale to alter the work surface(s) specified accommodate the M7 Grommet Mount Monito marked and the Grommet placed

### Internal Use Only

| | | | |
|---|---|---|---|
| Date Of Insta | 6/25 | Work Complete | |
| Schedule Tim | 1:00 P | Return Necessar | |
| Technicia | Jamel | Order Additional Produ | |
| Start Time | | Rep on Site | |
| Time Out | | | |

Customer Signature

Humanscale

Updated: May 26, 2006 - Version 4