ORIGINAL

FILED
JUN 22 2007
U.S. COURT OF FEDERAL CLAIMS

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| TMI MANAGEMENT SYSTEMS, INC., Plaintiff, v. THE UNITED STATES, Defendant. | Case No. 07-407 C<br>Judge: ________ |

## RULE 7.1 DISCLOSURE STATEMENT

Pursuant to the U.S. Court of Federal Claims Rule 7.1, TMI Management Systems, Inc. ("TMI") provides as follows for its mandatory disclosure statement:

1. TMI is a nongovernmental corporate party to a proceeding in this Court.

2. No parent corporation and no publicly held corporation owns 10% or more of TMI's stock.

Respectfully submitted,

Terrence M. O'Connor

Terrence M. O'Connor
ALBO & OBLON, L.L.P.
2200 Clarendon Boulevard
Suite 1201
Arlington, Virginia 22201
Telephone: (703) 562-3382
Facsimile: (703) 312-0415

*Counsel for TMI Management Systems, Inc.*

Dated: 6/22/07