# In the United States Court of Federal Claims

| | |
|---|---|
| **TMI MANAGEMENT SYSTEMS, INC.** | Case No.07-407C |
| *Plaintiffs,* | Senior Judge Smith |
| v. | Filed: July 3, 2007 |
| **THE UNITED STATES**, | |
| *Defendant.* | |

## ORDER

The Court hereby **SCHEDULES** a telephone status conference for Friday, July 6, 2007 at 3:00 p.m. to set the timetable for this litigation.

**It is so ORDERED.**

s/Loren A. Smith
LOREN A. SMITH
Senior Judge