IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| TMI MANAGEMENT SYSTEMS, INC., | ) | |
| | ) | |
| Plaintiff, | ) | No. 07-407C |
| | ) | (Senior Judge Smith) |
| v. | ) | |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

PROPOSED EXPEDITED SCHEDULE PURSUANT TO COURT ORDER

Pursuant to the Court's verbal order directing expedited treatment of this case, over the Government's objection, at the conclusion of the July 6, 2007 telephone conference, the parties respectfully propose the following briefing schedule:

1. The parties will confer and agree to undisputed facts, without waiving the ability to present additional disputed facts, by July 20, 2007. To the extent that the parties dispute facts, each party shall file its own statement of facts with its motions.

2. Plaintiff's Motion for Summary Judgment shall be due on July 27, 2007.

3. Defendant's opposition and other dispositive motion(s) shall be due on August 31, 2007.

4. Plaintiff's reply and response shall be due on September 6, 2007.

5. Oral argument shall be held on Monday, September 10, 2007, at a time to be determined by the Court.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/ Donald E. Kinner
DONALD E. KINNER
Assistant Director

s/ Terrence O'Connor
TERRENCE O'CONNOR
Albo & Oblon, L.L.P.
Courthouse Plaza
2200 Clarendon Boulevard
Suite 1201
Arlington, Virginia 22201
Tel: (703) 312-0410
Fax: (703) 312-0415

Attorney for Plaintiff

July 6, 2007

s/ Armando Rodriguez-Feo
ARMANDO RODRIGUEZ-FEO
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit, 8th Floor
1100 L St., NW
Washington, D.C. 20530
Tel: (202) 307-3390
Fax: (202) 514-8624

Attorneys for Defendant

July 6, 2007