# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * * * * * * * * * *

**TMI MANAGEMENT SYSTEMS, INC.,**

*Plaintiff,*

v.

**THE UNITED STATES**,

*Defendant.*

* * * * * * * * * * * * * * * * * * * * * * * * * * *

Case No.07-407C

Senior Judge Smith

Filed: July 10, 2007

**SCHEDULING ORDER**

Pursuant to the telephone status conference held on July 6, 2007, the parties submitted a Proposed Expedited Schedule, to which the Government objects. The Court hereby sets the following briefing schedule:

1. The parties shall file a Joint Statement of Facts on or before July 20, 2007. To the extent that the parties dispute any facts, each party shall file its own Statement of Facts with its motion(s).

2. Plaintiff's Motion for Summary Judgment shall be filed and served on or before July 27, 2007.

3. Defendant's Response and other dispositive motion(s), if any, shall be filed and served on or before August 31, 2007.

4. Plaintiff's Reply and Response shall be filed and served on or before September 6, 2007.

5. **Oral argument** shall be held on Monday, September 10, 2007, at 2:00 p.m. EDT in Courtroom #9, United States Court of Federal Claims, Washington D.C. Defendant may reply to Plaintiff's Response to Defendant's dispositive motion(s) at oral argument.

The Court further **SCHEDULES** a telephone status conference for Tuesday, July 17, 2007 at 4:30 p.m. EDT.

**IT IS SO ORDERED.**

s/ Loren A. Smith
Loren A. Smith
SENIOR JUDGE