IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| TMI MANAGEMENT SYSTEMS, INC., | ) | |
| | ) | |
| Plaintiff, | ) | No. 07-407C |
| | ) | (Senior Judge Smith) |
| v. | ) | |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

DEFENDANT'S UNOPPOSED MOTION TO AMEND SCHEDULING ORDER

Pursuant to the Court's scheduling order of July 10, 2007, oral argument in this case is scheduled for Monday, September 10, 2007, at 2:00 p.m. Defendant seeks to amend the schedule and set the oral argument for the same time on Friday, September 14, 2007, if the Court is available.

This change is necessary because Government counsel recently learned that he would be attending a course at the Department of Justice's National Advocacy Center in Columbia, South Carolina, from September 10 through September 12, 2007. Plaintiff's counsel does not oppose this request.

For the foregoing reason, we respectfully request that the Court amend the scheduling order as requested.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/ Donald E. Kinner
DONALD E. KINNER
Assistant Director

s/ Armando Rodriguez-Feo
ARMANDO RODRIGUEZ-FEO
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit, 8th Floor
1100 L St., NW
Washington, D.C. 20530
Tel: (202) 307-3390
Fax: (202) 514-8624

Attorneys for Defendant

July 24, 2007

CERTIFICATE OF FILING

I hereby certify that on this 24th day of July, 2007, a copy of the foregoing "DEFENDANT'S UNOPPOSED MOTION TO AMEND SCHEDULING ORDER," was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. The parties may access this filing through the Court's system.

s/ Armando Rodriguez-Feo