# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * * * * * * * * * *
*
**TMI MANAGEMENT SYSTEMS, INC.,** *
* Case No.07-407C
*Plaintiff,* *
* Senior Judge Smith
v. *
* Filed: July 30, 2007
**THE UNITED STATES**, *
*
*Defendant.* *
*
* * * * * * * * * * * * * * * * * * * * * * * * * * *

**ORDER**

The Court hereby **CONSIDERS** Defendant's Unopposed Motion to Amend the Scheduling Order. The Court **RESCHEDULES** oral argument from Monday, September 10, 2007, at 2:00 p.m. EDT to Friday, September 7, 2007 at 4:00 p.m. EDT to be held in Courtroom #9, United States Court of Federal Claims, Washington D.C.

**IT IS SO ORDERED.**

s/ Loren A. Smith
Loren A. Smith
SENIOR JUDGE