IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| TMI MANAGEMENT SYSTEMS, INC | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 07-407C |
| v. | ) | (Senior Judge Smith) |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

**DEFENDANT'S PROPOSED FINDINGS OF UNCONTROVERTED FACT**

Pursuant to Rule 56(h)(1) of the Rules of the United States Court of Federal Claims ("RCFC"), defendant respectfully submits the following proposed findings of uncontroverted fact in connection with defendant's concurrently filed cross-motion for summary judgment.

1. Richard J. Armstead is a contracting officer with the Federal Acquisition Service of the United States General Services Administration, Greater Southwest Acquisitions Center, Fort Worth, Texas. Armstead Decl. at ¶ 1.

2. There are currently 236 contracts under Schedule 736, all of which are either small businesses, or as in the case of TMI, other than small businesses for which GSA will not exercise its option because of their change in size. Armstead Decl. at ¶ 6.

3. Authorized users of the Schedule 736 program must initially limit their task orders to 120 workdays with an extension to a maximum of 240 workdays. Armstead Decl. at ¶ 7.

4. On September 20, 2003, GSA issued MAS Modification Number MO06 to TMI. Modification Number MO06 unilaterally incorporated clause I-FSS-95 without objection from TMI until May 2007. Armstead Decl. at ¶ 9.

5. The contracting officer determined that it was in the Government's best interest to decline to exercise the option to renew TMI's contract based on GSA policy and contract clause I-FSS-95. Armstead Decl. at ¶ 11.

6. The contracting officer would have declined to exercise the option to renew TMI's contract even if clause I-FSS-95 had not been incorporated into the contract, consistent with GSA guidance. Armstead Decl. at ¶ 12; J.A. at 283.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/ Donald E. Kinner
DONALD E. KINNER
Assistant Director

OF COUNSEL
Lee W. Crook, III
Assistant Regional Counsel
General Services Administration
Office of Regional Counsel (7L)
Room 11A31
819 Taylor Street
Fort Worth, TX 76102
Tel: (817) 978-2391

s/ Armando A. Rodriguez-Feo
ARMANDO A. RODRIGUEZ-FEO
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W.
Washington, D.C. 20005
Tel: (202) 307-3390
Fax: (202) 514-8624

Attorneys for Defendant

August 27, 2007

**CERTIFICATE OF SERVICE**

I hereby certify that on the 27th day of August, 2007, a copy of the foregoing "DEFENDANT'S PROPOSED FINDINGS OF UNCONTROVERTED FACT" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Armando Rodriguez-Feo