# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * * * * * * * * *

**TMI MANAGEMENT SYSTEMS, INC.**

*Plaintiffs,*

v.

**THE UNITED STATES**,

*Defendant.*

* * * * * * * * * * * * * * * * * * * * * * * * * *

Case No.07-407C

Senior Judge Smith

Filed: September 7, 2007

**ORDER**

Pursuant to the oral ruling made at the hearing held on September 7, 2007, the Court hereby **DENIES** Plaintiff's Motion for Summary Judgment and **GRANTS** Defendant's Cross-Motion for Summary Judgment and the complaint shall be **DISMISSED**. A written opinion will issue shortly.

**It is so ORDERED.**

s/Loren A. Smith
LOREN A. SMITH
Senior Judge