# In the United States Court of Federal Claims

**No. 07-407 C**

**TMI MANAGEMENT SYSTEMS, INC.,**

**JUDGMENT**

**v.**

**THE UNITED STATES**

Pursuant to the court's Published Opinion and Order, filed September 25, 2007, denying Plaintiff's Motion for Summary Judgment, and granting Defendant's Cross-Motion for Summary Judgment,

IT IS ORDERED AND ADJUDGED this date, pursuant to Rule 58, that the complaint is dismissed.

Brian Bishop
Clerk of Court

**September 26, 2007** By: s/Lisa L. Reyes

Deputy Clerk

NOTE: As to appeal, 60 days from this date, see RCFC 58.1, re number of copies and listing of all plaintiffs. Filing fee is $455.00.